[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12770
_____

D.C. Docket No. 0:13-cv-60948-DLB

SERGE BRALO,

Plaintiff-Appellee
Cross Appellant,

versus

SPIRIT AIRLINES, INC.,

Defendant-Appellant
Cross Appellee.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(March 30, 2015)

Before HULL and DUBINA, Circuit Judges, and BOWEN,[*] District Judge.

PER CURIAM:

Defendant Spirit Airlines, Inc. appeals the denial of its Motion for New Trial as well as the partial denial of its Motion for Remittitur or, in the Alternative, Motion for New Trial as to excessive damages.  Plaintiff Serge Bralo cross-appeals the district court's denial of Bralo's post-trial Motion for frontpay.  After careful review of the briefs and record, and with the benefit of oral argument, we find no reversible error in the rulings of the district court.  And we affirm the district court's entry of judgment in favor of the plaintiff Bralo against the defendant Spirit Airlines, Inc. in the amount of $453,201.01, which includes: (1) $143,201.01 in back pay and prejudgment interest; (2) $10,000 in compensatory damages; and (3) $300,000 in punitive damages.  Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961(a).

**AFFIRMED.**

---

[*]Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

2